**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **AVACEN, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA AVACEN Medical** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1478471** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**6451 El Camino Real, Suite C**<br>**Carlsbad, CA 92009**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **See web domain list attached to Schedule A/B.** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: ______ | |

Debtor **AVACEN, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3391**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **AVACEN, Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 13, 2026**
MM / DD / YYYY

*X* **/s/ Thomas Muehlbauer**
Signature of authorized representative of debtor

**Thomas Muehlbauer**
Printed name

Title **CEO**

**18. Signature of attorney**

*X* **/s/ Steven E. Cowen, Esq.**
Signature of attorney for debtor

Date **August 13, 2026**
MM / DD / YYYY

**Steven E. Cowen, Esq. 132988**
Printed name

**S.E. Cowen Law**
Firm name

**333 H Street, Suite 5000**
**Chula Vista, CA 91910**
Number, Street, City, State & ZIP Code

Contact phone **619-202-7511** Email address **Cowen.steve@secowenlaw.com**

**132988 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 13, 2026**

*X* **/s/ Thomas Muehlbauer**
Signature of individual signing on behalf of debtor

**Thomas Muehlbauer**
Printed name

**CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AVACEN, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1st Industrial, LP c/o 1st Indust. Rlty Trust, Inc GP<br>1 N. Wacker Dr., #4200<br>Chicago, IL 60606** | **Ryan McLean<br><br>rmcclean@firstindustrial.com<br>(310) 321–3810** | **Unpaid rent** | | | | **$12,656.04** |
| **American Express<br>Attn.: Stephen Squeri, CEO<br>1225 E. or Union Blvd., #200<br>Midvale, UT 84047** | **Gregory Deegan<br><br>proofofclaim@becket-lee.com<br>(610) 228–2570** | **Monies lent.** | | | | **$20,258.54** |
| **Bank of America, N. A.<br>Attn.: Brian T. Moynihan, CEO<br>Charlotte, NC 28255** | **Danette Murrell<br><br>gso-bk-poc@bankofamerica.com<br>(880) 702–1161** | **Monies lent.** | | | | **$19,147.29** |
| **Blue Cross of California<br>Attn.: Beth Anderson, Pres.<br>21215 Burbank Blvd.<br>Woodland Hills, CA 91367** | | **Insurance premiums.** | | | | **$5,813.03** |
| **Charter Comm. Operating, LLC<br>Attn: Christopher Winfrey, CEO<br>400 Washington Blvd.<br>Stamford, CT 06902** | | **Internet services** | | | | **$860.78** |
| **Chase Bank, N. A.<br>Attn.: Jamie Dimon, CEO<br>270 Park Ave.<br>New York, NY 10017** | **Luiz Brito<br><br>case pocnotification@rasflaw.com<br>(561) 241–6901** | **Monies lent.** | | | | **$21,033.79** |

Debtor **AVACEN, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Bank, N. A.<br>Attn.: Jamie Dimon, CEO<br>270 Park Ave.<br>New York, NY 10017 | | Monies lent. | | | | $85,295.83 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Mary Herrick<br><br>CDbankruptcy group.tax@edd.ca.gov<br>(916) 464–2888 | Payroll taxes | | | | $1,289.94 |
| FedEx<br>Attn.: R. Subramaniam, CEO<br>942 S. Shady Grove Rd.<br>Memphis, TN 38120 | | Delivery service charges. | | | | $237.73 |
| Funding Futures, LLC<br>Attn.: Isaac Lubin, Man. Mem.<br>100 Merrick Rd., Suite 419E<br>Rockville Centre, NY 11570 | Jeffrey Perella, Esq.<br><br>jparellaesq@advancerecoverygroup.com<br>(718) 233–2916 | Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses. | Unliquidated<br>Disputed | | | $30,000.00 |
| Greenberg Trauig, LLP<br>18565 Jamboree Rd., #500<br>Irvine, CA 92612 | Christopher Bolton, Esq.<br><br>beltranl@gtlaw.com | Legal Services | | | | $29,479.10 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Patrece Birch<br><br>Patrece.Burch IRS.gov | Payroll taxes | | | | $6,187.95 |
| JPS Engineering Corp.<br>Attn.: Jorge Sanchez, CEO<br>13475 Danielson St., #220–2<br>Poway, CA 92064 | Jorge Sanchez, CEO<br><br>(858) 486–2816 | Fees for professional services. | | | | $24,342.86 |
| Lake Forest Bank & Trust N. A.<br>Attn.: John Wicks, President<br>450 Skokie Blvd., Suite 1000<br>Northbrook, IL 60062 | (800) 837–3707 | Insurance premium for 1st Insurance Funding. | | | | $1,796.13 |

Debtor **AVACEN, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Novus Capital Funding II, LLC**<br>**Attn.: Levi Krinsky, Man Mem**<br>**54 State Street, #804**<br>**Albany, NY 12207** | **Mayer Goldman**<br><br>**mayer@novuscapitalfund.com**<br>**(845) 364–1132** | **Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.** | **Unliquidated**<br>**Disputed** | | | **$89,400.00** |
| **SDG&E**<br>**Caroline A. Winn, CEO**<br>**8330 Century Park Ct.**<br>**San Diego, CA 92123** | **info@SDGE.com** | **Utility services.** | | | | **$2,990.62** |
| **Shopify, Inc.**<br>**Attn.: Douglas Lambert, CEO**<br>**85 10th Ave., Suite 800**<br>**New York, NY 10011** | **bankruptcies–insolvencies@shopify.com** | **Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.** | **Unliquidated**<br>**Disputed** | | | **$178,879.68** |
| **United Parcel Service, Inc.**<br>**Attn.: Carol Tome, CEO**<br>**55 Glen Lake Pkwy., N. E.**<br>**Atlanta, GA 30328** | | **Delivery charges.** | | | | **$3,256.02** |
| **WebFunder, LLC**<br>**Attn.: Yosef Rappoport, Man. M**<br>**803 S. 21st Ave.**<br>**Hollywood, FL 33020** | **Elliott Setton**<br><br>**sol@landklegal.com**<br>**(516) 900–6752** | **Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.** | **Unliquidated**<br>**Disputed** | | | **$80,750.00** |
| **Yesenia Rivera**<br>**2899 Oakwood Creek Way**<br>**Escondido, CA 92027** | **Yesenia Rivera**<br><br>**Rivera.yesenia9@gmail.com** | **Potential severance pay owed pursuant to an employment agreement.** | **Contingent**<br>**Unliquidated** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **39,306,315.91** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **39,306,315.91** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **1,741,886.71** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **7,477.89** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **606,197.44** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **2,355,562.04** |

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Mercury Bank** | **Checking** | **2025** | **$93.91** |
| 3.2. | **Western Alliance Bank** | **Checking** | **9336** | **$0.00** |
| 3.3. | **Monies held in Thomas Muehlbauer's personal account pending filing.** | **Checking** | | **$6,500.00** |

4. **Other cash equivalents** *(Identify all)*

4.1. **$31,209.67 held by Stripe, Inc.** — **$35,500.00**

5. **Total of Part 1.** — **$42,093.91**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

Debtor **AVACEN, Inc.** Case number *(If known)*
Name

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Last month's rent with landlord.** **$12,322.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$12,322.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **7,400.00** | - | **0.00** | = .... | **$7,400.00** |
| | **Outstanding invoices less than 90 days.** | | | | |
| 11b. Over 90 days old: | **105,000.00** | - | **100,000.00** | =.... | **$5,000.00** |
| | **$105,000** | | | | |

12. **Total of Part 3.** **$12,400.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>**Charts, enclosures, screens, vacuum motors and miscellaneous items used in product fabrication.** | **December 31, 2025** | **$60,105.00** | **Recent cost** | **$2,500.00** |
| 20. | **Work in progress** | | | | |

Debtor **AVACEN, Inc.** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| **Work in progress.** | **December 31, 2025** | **$56,000.00** | **Recent Cost** | **$5,000.00** |

21. **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **Finished goods ready for sale.** | **December 31, 2025** | **$126,500.00** | **Market Price** | **$400,000.00** |

22. **Other inventory or supplies**

23. **Total of Part 5.** **$407,500.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desks, chairs, conference table, partitions, racks, miscellaneous furniture and decorations.** | **$10,919.00** | **Cost** | **$2,500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Laptops, cell phones and printers.** | **$10,000.00** | **Cost** | **$2,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor **AVACEN, Inc.** Case number *(If known)*
Name

43. **Total of Part 7.** **$5,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Hand tools, calibration instruments, soldering equipment, scopes and other miscellaneous tools and equipment required in the manufacturing process.** | **$45,000.00** | **Cost** | **$4,500.00** |

51. **Total of Part 8.** **$4,500.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **AVACEN, Inc.** Case number *(If known)*
Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **5 year lease with 2 years remaining on 6895 ft.² of commercial space located at 6451 El Camino Real, Suite C, Carlsbad, CA 92009.** | **Leasehold** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**See Patent Status List Attached Hereto.** | **$0.00** | | **$0.00** |
| | **See attached report listing current patents.** | **$152,366.00** | **Appraisal** | **$25,000,000.00** |
| 61. | **Internet domain names and websites**<br>**See attached list of all company controlled or owned domain names.** | **$10,000.00** | **Comparable sale** | **$10,000.00** |
| 62. | **Licenses, franchises, and royalties**<br>**FDA license and the California Health Department License. Licenses combined cost $14,000 annually.** | **Unknown** | **Recent cost** | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer email list.** | **Unknown** | **Appraisal** | **$2,500.00** |

64. **Other intangibles, or intellectual property**

Debtor **AVACEN, Inc.**
Name

Case number *(If known)*

65. **Goodwill**
**Goodwill for a company in business for 17 years** | **$10,000,000.00** | **Appraisal** | **$10,000,000.00**

66. **Total of Part 10.** **$35,012,500.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Unused net operating losses through tax year 2024.** Tax year **$3,800,000.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Anticipated refund after completion of a 3 year workers compensation audit.** **$10,000.00**

78. **Total of Part 11.** **$3,810,000.00**
Add lines 71 through 77. Copy the total to line 90.

Debtor **AVACEN, Inc.** Case number *(If known)*
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **AVACEN, Inc.**
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,093.91 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,322.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $12,400.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $407,500.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,500.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $35,012,500.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $3,810,000.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $39,306,315.91 | + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $39,306,315.91 |

**AVACEN DOMAINS**

avacen.cn
avacen.co
avacen.com
avacen.com.cn
avacen.de
avacen.info
avacen.net
avacen.org.cn
avacen.us
avacenglobal.com
avacenlongevity.com
avacenmedical.com
avacenpainrelief.com
avacenwellness.com
awalen.com
awlen.com
buyavacen.com
cath-stabilizer.com
catheterstabilizer.com
cathsta.co
cathsta.com
cathsta.info
cathstay.com
dryheattherapy.com
dryheatwellness.com
genwr.com
hackandstackbaby.com
inflaaging.com
microcirculationboost.com
migrainedoc.com
palmcooling.info
palmwarming.com
raynaudsdoc.com
sauna-alternative.com
soothebyavacen.com
sootheglobal.com
stopicing.com
waontherapy.com
warmingcabana.com
warmmeupscotty.com

# PATENT STATUS REPORT

# AVACEN, Inc.

**(Client # GT-215161)**

**(Revised 06/15/2026)**

**Prepared by Greenberg Traurig, LLP**

| TITLE: METHODS AND APPARATUS FOR THERAPEUTIC APPLICATION OF THERMAL ENERGY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **ESUS No.** | **Serial No.** | **Filing Date** | **Patent No./ Date** | **Publication No./Date** | **Status** | **Notes/Foreign Assoc. Information** |
| US (PRV) | **93449.0002.0200**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 61/367,315 | 07/23/10 | | | Expired | |
| US | **93449.0003.0201**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 13/188,900 | 07/22/11 | 8,679,170 (3/25/14) | US 2012/0191022 (7/26/12) | Granted<br>• **11.5 yr. MF due: <u>9/26/2025</u>** | Assignee: AVACEN, Inc. |
| US | **93449.0004.0202 (Con of 0201)**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 14/206,935 | 03/12/14 | 9,066,781 (6/30/15) | US 2014/0194788 (7/10/14) | Granted<br>• **11.5 yr. MF due: <u>12/31/2026</u>** | Applicant/Assignee: AVACEN, Inc. |
| PCT | **93449.0005.0210**<br><br>***(Not handled by Greenberg Traurig LLP)*** | PCT/US211/044949 | 07/22/11 | | | Expired | |
| AU | **93449.0006.0215**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 2011280986 | 07/22/11 | 2011280986 (02/25/16) | | Granted | Spruson & Ferguson<br>Level 24, Tower 2, Darling Park,<br>201 Sussex Street<br>Sydney NSW 2000 AU<br>Email: mail.au@spruson.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CA | **93449.0007.0220**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 2,805,664 | 07/22/11 | 2,805,664<br>(06/21/16) | | Granted | Borden Ladner Gervais<br>World Exchange Plaza<br>100 Queen Street, Ste 1300<br>Ottawa, ON, CA<br>K1P 1J9<br>Email: |
| CN | **93449.0008.0225**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 2011800359057 | 07/22/11 | CN 103025280 B<br>(3/2/16) | CN 103025280 A<br>(4/3/13) | Granted | Jeekai & Partners<br>Floor 15A, Building No. 5, GTFC Plaza<br>9 Guang'an Road, Fengtai District<br>Beijing 100055, P.R. China<br>Tel: 8610-6641-1409<br>Fax: 8610-6641-0215<br>Email: service@jeekai.com |
| EPO | **93449.0009.0230**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 11740770.0 | 07/22/11 | EP 2595585 B1<br>(3/04/15) | | Granted | Vossius & Partner<br>POB 86 07 67<br>Siebertstr. 3<br>Munich 81675 Germany<br>Tel: 49 89 413 04-0<br>Fax: 49 89 413 04-111<br>Email:<br>patents@vossiusandpartner.com<br>viktor@vossiusandpartner.com |
| FR | **93449.0009.0235**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 11740770.0 | 07/22/11 | EP 2595585 B1<br>(3/04/15) | | Granted | Vossius & Partner |
| DE | **93449.0010.0236**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 11740770.0<br>60 2011 014 378.6 | 07/22/11 | EP 2595585 B1<br>(3/04/15) | | Granted | Vossius & Partner |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UK | **93449.0012.0237**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 11740770.0 | 07/22/11 | EP 2595585 B1<br>(3/04/15) | | Granted | Vossius & Partner |
| ES | **93449.0013.0238**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 11740770.0 | 07/22/11 | EP 2595585 B1<br>(3/04/15)<br>ES 2536053 T3 | | Granted | Vossius & Partner |
| SE | **93449.0014.0239**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 11740770.0 | 07/22/11 | EP 2595585 B1<br>(3/04/15) | | Granted | Vossius & Partner |
| JP | **93449.0015.0240**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 2013-520877 | 07/22/11 | 5905004<br>(03/25/16) | 2013-535261<br>(9/12/13) | Granted | Shusaku-Yamamoto<br>17th Floor Grand Front Osaka Tower C<br>3-1 Ofuka-cho, Kita-ku, Osaka, 530-0011 Japan<br>Tel: 81-6-6372-3910<br>Fax: 81-6-6372-3919<br>Email: shupatnt@shupat.gr.jp |

**TITLE: METHODS AND APPARATUS FOR THERAPEUTIC APPLICATION OF THERMAL ENERGY INCLUDING BLOOD VISCOSITY ADJUSTMENT**

| | ESUS No. | Serial No. | Filing Date | Patent No./ Date | Publication No./Date | Status | Foreign Assoc. Information |
|---|---|---|---|---|---|---|---|
| US | **93449.0016.0301**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 13/794,413 | 03/11/13 | 9,192,509 (11/24/15) | US 2014/0257440 (9/11/14) | Granted<br>• **11.5 yr. MF Due 5/25/2027** | Assignee: AVACEN, Inc. |
| US | **93449.0017.0302**<br><br>(CIP of 0301)<br><br>***(Not handled by Greenberg Traurig LLP)*** | 14/774,691 | 09/10/15 | 9,687,385 (01/28/16) | US 2016/0022476 (1/28/16) | Granted<br>• **11.5 yr. MF Due 12/28/2028** | Applicant/Assignee: AVACEN, Inc. |
| US | **93449.0018.0303**<br><br>(CON of 0302)<br><br>***(Not handled by Greenberg Traurig LLP)*** | 15/630,862 | 06/22/17 | 10,537,464 (01/21/20) | US 2017/0348142 (12/07/17) | Granted<br>• **7.5 yr. MF Due 07/21/2027** | Assignee: AVACEN, Inc. |
| PCT | **93449.0019.0310**<br><br>***(Not handled by Greenberg Traurig LLP)*** | PCT/US14/021355 | 03/06/14 | | WO 2014/164226 A1 (10/9/14) | Completed | |
| HK | **93449.0020.0329** | 16106420.9 | 06/06/16 | HK 1218382 (11/25/22) | 1218382 (2/17/17) | Granted | Vossius & Partner |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ***(Not handled by Greenberg Traurig LLP)*** | | | | | | |
| EP | **93449.0021.0330**<br><br>***(Not handled by Greenberg Traurig LLP)*** | EP 14720278.2 | 09/03/15 | EP 2967976 (07/27/22) | EP 2967976 A2 (01/20/16) | Granted<br><br>Validated in: DE/FR/GB | Vossius & Partner |
| IN | **93449.0022.0345**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 5941/CHENP/2015 | 09/30/15 | IN 425036 (03/14/23) | 5941/CHENP/2015 (07/01/16) | Granted | De Penning & De Penning<br>2B, Ground Flr, Solitaire Plaza<br>M G Road, Gurgaon 122 002<br>National Capital Region, India<br>Tel: 91 124 406 1859<br>Fax: 91 124 406 2312<br>Email: contactus@depenning.com |

**TITLE: SYSTEMS AND METHODS FOR EVALUATING BLOOD CIRCULATION AND EARLY DETECTION OF CARDIOVASCULAR ISSUES**

| | ESUS No. | Serial No. | Filing Date | Patent No./ Date | Publication No./Date | Status | Foreign Assoc. Information |
|---|---|---|---|---|---|---|---|
| US (PRV) | **93449.0023.0400**<br><br>***(Not handled by Greenberg Traurig LLP)*** | 62/454,336 | 02/03/17 | | | Expired | N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US | **93449.0024.0401** ***(Not handled by Greenberg Traurig LLP)*** | 15/887,951 | 02/02/18 | | US2018/0220898 (08/09/18) | Granted<br>• **3.5 yr. MF Due 12/29/2026** | Applicant/Assignee: AVACEN, Inc. |
| US | **93449.0037.0402** ***(Not handled by Greenberg Traurig LLP)*** | 18/162,435 | 01/31/23 | | | Abandoned | |
| PCT | **93449.0025.0410** ***(Not handled by Greenberg Traurig LLP)*** | PCT/US2018/016749 | 02/02/18 | | WO 2018/144948 A1 (08/09/2018) | Expired | |

**TITLE: MEDICAL DEVICE STABILIZATION SYSTEM**
**Inventors: Melanie KLICH; Thomas BRODT; Greg D. ALZATE; Michael Orland BONAGUIDI JR., Jorge QUINTANILLA**
**Applicant: AVACEN, INC.**

| | GT Ref. No. | Serial No. | Filing Date | Patent No./ Date | Publication No./Date | Status | Foreign Assoc. Information |
|---|---|---|---|---|---|---|---|
| US (PRV) | **215161-050001** **93844-0038-0500** | 63/072,776 | 08/31/2020 | | | Expired | N/A |
| US | **215161-050101** **93449-0039-0501** | 17/461,628 | 08/30/2021 | | US2022/0062592 (03/03/22) | Abandoned<br>• Per Client Instr on 02/03/2025 | N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PCT | **215161-051001**<br>**93449-0040-0510** | PCT/IB2021/048279 | 08/30/2021 | | | Expired | N/A |
| EP | **215161-053001**<br>**93449-0041-0530** | EP 21790623.9 | 03/28/2023 | EP 4204060 B1 (11/12/25) | EP 4204060 A1 (07/05/23) | Granted | Vossius & Partner |

**TITLE: MEDICAL DEVICE STABILIZATION SYSTEM**
**Inventors: Michael O. BONAGUIDI JR., Melanie KLICH; Thomas BRODT; Jorge QUINTANILLA; Gregg D. ALZATE; Bryon MOORE**
**Applicant: AVACEN, INC.**

| | GT Ref. No. | Serial No. | Filing Date | Patent No./ Date | Publication No./Date | Status | Foreign Assoc. Information |
|---|---|---|---|---|---|---|---|
| US (PRV) | **215161-060001** **93449-0042-0600** | 63/568,696 | 03/22/2024 | | | Expired | N/A |

**TITLE: MEDICAL DEVICE STABILIZER**
**Inventors: Michael O. BONAGUIDI JR.; Melanie KLICH; Thomas BRODT; Jorge QUINTANILLA; Gregg D. ALZATE**
**Applicant: AVACEN, INC.**

| | GT Ref. No. | Serial No. | Filing Date | Patent No./ Date | Publication No./Date | Status | Foreign Assoc. Information |
|---|---|---|---|---|---|---|---|
| US | **215161-070101** **93449-0043-0700** | 29/934,082 | 03/22/2024 | D1,108,630 S (01/06/26) | | Granted | N/A |

**TITLE: ADJUSTABLE MEDICAL DEVICE STABILIZER SYSTEMS AND METHODS OF USE THEREOF**
**Inventors: Marc C. YAP; Thomas G. MUEHLBAUER**
**Applicant: AVACEN, INC.**

| | GT Ref. No. | Serial No. | Filing Date | Patent No./ Date | Publication No./Date | Status | Foreign Assoc. Information |
|---|---|---|---|---|---|---|---|
| US | **215161-080101** | 19/088,834 | 03/24/2025 | 12,447,315 (10/22/25) | | Granted<br>• **3.5 yr. MF Due 04/24/2029** | N/A |
| US | **215161-080102**<br>***(Track 1 CIP of 080101)*** | 19/355,524 | 10/10/2025 | | | Pending<br>• **Resp to NF OA Due: 06/24/2026** | |
| PCT | **215161-081001** | PCT/US2026/020363 | 03/23/2026 | | | Pending<br>• **National Phase Deadline 09/24/2027** | N/A |

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Spartan Business Solutions, LL**

Creditor's Name

**Attn: Frank Mercado, Man. Mem.**
**371 E. Main St., Suite 2**
**Middletown, NY 10940**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**November 14, 2024**

**Last 4 digits of account number**

**2092**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.**

Column A: **$7,500.00** Column B: **$35,000,000.00**

**Describe the lien**

**3rd Position UCC-1 Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**2.2 US Bank , N. A.**

Creditor's Name

**Attn: Gunjan Kedia, CEO**
**800 Nicolette Mall**
**Minneapolis, MN 55402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**January 2023 through July 2026**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Blanket lien including patents and goodwill.**

Column A: **$103,410.00** Column B: **$35,000,000.00**

**Describe the lien**

**1st Position UCC-1 Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**5290**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.3 **US Bank , N. A.**
Creditor's Name

**Attn: Gunjan Kedia, CEO**
**800 Nicolette Mall**
**Minneapolis, MN 55402**
Creditor's mailing address

**poc@ourcardhelp.com**
Creditor's email address, if known

**Date debt was incurred**
**May 2024**

**Last 4 digits of account number**
**5955**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien including patents and goodwill.**

**$17,458.27** **$35,000,000.00**

**Describe the lien**
**1st Position UCC-1 Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.4 **US Bank , N. A.**
Creditor's Name

**Attn: Gunjan Kedia, CEO**
**800 Nicolette Mall**
**Minneapolis, MN 55402**
Creditor's mailing address

**poc@ourcardhelp.com**
Creditor's email address, if known

**Date debt was incurred**
**2024- 2025**

**Last 4 digits of account number**
**2048**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien including patents and goodwill.**

**$50,984.36** **$35,000,000.00**

**Describe the lien**
**1st Position UCC-1 Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.5 **Western Alliance Bank, N.A.**
Creditor's Name

**Attn.: Ken Vecchione, CEO**
**1 E. Washington St., #1400**
**Phoenix, AZ 85004**

**Describe debtor's property that is subject to a lien**
**Blanket lien including patents and goodwill.**

**$1,057,090.19** **$35,000,000.00**

Debtor **AVACEN, Inc.** Case number (if known)
Name

Creditor's mailing address

**Describe the lien**
**2nd Position UCC-1 Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**sbloom@frandzel.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**December 16, 2024**

**Last 4 digits of account number**
**0272**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Western Alliance Bank, N.A.**
Creditor's Name

**Attn.: Ken Vecchione, CEO**
**1 E. Washington St., #1400**
**Phoenix, AZ 85004**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien including patents and goodwill.**

**$505,443.89** **$35,000,000.00**

**Describe the lien**
**2nd Position UCC-1 Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**sbloom@frandzel.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0272**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,741,886.7 1**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,289.94** | **$1,289.94** |
| | Date or dates debt was incurred<br>**2026** | Basis for the claim:<br>**Payroll taxes** | | |
| | Last 4 digits of account number **8417**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,187.95** | **$6,187.95** |
| | Date or dates debt was incurred<br>**2026** | Basis for the claim:<br>**Payroll taxes** | | |
| | Last 4 digits of account number **8471**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **AVACEN, Inc.** Case number (if known)

Name

**2.3** Priority creditor's name and mailing address

**Yesenia Rivera**
**2899 Oakwood Creek Way**
**Escondido, CA 92027**

As of the petition filing date, the claim is: *Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred **2026**

Basis for the claim: **Potential severance pay owed pursuant to an employment agreement.**

Last 4 digits of account number **SSN**

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**1st Industrial, LP c/o**
**1st Indust. Rlty Trust, Inc GP**
**1 N. Wacker Dr., #4200**
**Chicago, IL 60606**

**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed

**$12,656.04**

**Date(s) debt was incurred** **August 2026**

**Basis for the claim:** **Unpaid rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**American Express**
**Attn.: Stephen Squeri, CEO**
**1225 E. or Union Blvd., #200**
**Midvale, UT 84047**

**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed

**$20,258.54**

**Date(s) debt was incurred** _

**Basis for the claim:** **Monies lent.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**Bank of America, N. A.**
**Attn.: Brian T. Moynihan, CEO**
**Charlotte, NC 28255**

**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed

**$19,147.29**

**Date(s) debt was incurred** **2020 through 2025**

**Basis for the claim:** **Monies lent.**

**Last 4 digits of account number** **5141**

Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**Blue Cross of California**
**Attn.: Beth Anderson, Pres.**
**21215 Burbank Blvd.**
**Woodland Hills, CA 91367**

**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed

**$5,813.03**

**Date(s) debt was incurred** **2026**

**Basis for the claim:** **Insurance premiums.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

**Charter Comm. Operating, LLC**
**Attn: Christopher Winfrey, CEO**
**400 Washington Blvd.**
**Stamford, CT 06902**

**As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed

**$860.78**

**Date(s) debt was incurred** **2026**

**Basis for the claim:** **Internet services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **AVACEN, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Chase Bank, N. A.**<br>**Attn.: Jamie Dimon, CEO**<br>**270 Park Ave.**<br>**New York, NY 10017**<br>**Date(s) debt was incurred** 2020–2022<br>**Last 4 digits of account number** 9740 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Monies lent.<br>Is the claim subject to offset? ■ No ☐ Yes | **$85,295.83** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Chase Bank, N. A.**<br>**Attn.: Jamie Dimon, CEO**<br>**270 Park Ave.**<br>**New York, NY 10017**<br>**Date(s) debt was incurred** 2014–2024<br>**Last 4 digits of account number** 7811 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Monies lent.<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,033.79** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**Attn.: R. Subramaniam, CEO**<br>**942 S. Shady Grove Rd.**<br>**Memphis, TN 38120**<br>**Date(s) debt was incurred** 2026<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Delivery service charges.<br>Is the claim subject to offset? ■ No ☐ Yes | **$237.73** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Funding Futures, LLC**<br>**Attn.: Isaac Lubin, Man. Mem.**<br>**100 Merrick Rd., Suite 419E**<br>**Rockville Centre, NY 11570**<br>**Date(s) debt was incurred** June 2026<br>**Last 4 digits of account number** 8471 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Greenberg Traurig, LLP**<br>**18565 Jamboree Rd., #500**<br>**Irvine, CA 92612**<br>**Date(s) debt was incurred** 2023–2026<br>**Last 4 digits of account number** 8417 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Legal Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,479.10** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**JPS Engineering Corp.**<br>**Attn.: Jorge Sanchez, CEO**<br>**13475 Danielson St., #220–2**<br>**Poway, CA 92064**<br>**Date(s) debt was incurred** 2024–2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Fees for professional services.<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,342.86** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Lake Forest Bank & Trust N. A.**<br>**Attn.: John Wicks, President**<br>**450 Skokie Blvd., Suite 1000**<br>**Northbrook, IL 60062**<br>**Date(s) debt was incurred** 2026<br>**Last 4 digits of account number** 8417 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Insurance premium for 1st Insurance Funding.<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,796.13** |

Debtor **AVACEN, Inc.** Case number (if known)
Name

3.13 **Nonpriority creditor's name and mailing address**
**Novus Capital Funding II, LLC**
**Attn.: Levi Krinsky, Man Mem**
**54 State Street, #804**
**Albany, NY 12207**
**Date(s) debt was incurred** June 23, 2026
**Last 4 digits of account number** 8471

**As of the petition filing date, the claim is:** *Check all that apply.* **$89,400.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**SDG&E**
**Caroline A. Winn, CEO**
**8330 Century Park Ct.**
**San Diego, CA 92123**
**Date(s) debt was incurred** June 2026 through August 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,990.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility services.
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Shopify, Inc.**
**Attn.: Douglas Lambert, CEO**
**85 10th Ave., Suite 800**
**New York, NY 10011**
**Date(s) debt was incurred** 2024–2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$178,879.68**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**United Parcel Service, Inc.**
**Attn.: Carol Tome, CEO**
**55 Glen Lake Pkwy., N. E.**
**Atlanta, GA 30328**
**Date(s) debt was incurred** June through August 2026
**Last 4 digits of account number** 4537

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,256.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Delivery charges.
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**WebFunder, LLC**
**Attn.: Yosef Rappoport, Man. M**
**803 S. 21st Ave.**
**Hollywood, FL 33020**
**Date(s) debt was incurred** May 7, 2026
**Last 4 digits of account number** 8471

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,750.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Merchant cash advance agreement. Debtor contends transaction constitutes a loan and asserts usury and other defenses.
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 7,477.89 |

| | | |
|---|---|---|
| **5b. Total claims from Part 2** | 5b. + $ | **606,197.44** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **613,675.33** |

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Bill and Karen Muehlbauer<br>15130 Maryland Dr., unit C<br>Elm Grove, WI 53122** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Company medical, dental and vision insurance.** | **Blue Cross of California<br>Anthem Blue Cross<br>21215 Burbank Blvd.<br>Woodland Hills, CA 91367** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Brett Metheny<br>5718 E. Deborah St.<br>Long Beach, CA 90815** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Carol Bishop<br>110 Howland Ln.<br>Waxahachie, TX 75167** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Christopher Mares<br>6965 Stetson Way<br>Frisco, TX** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Business development agreement.** | **Danielle Forsgren<br>6451 El Camino Real, Suite C<br>Carlsbad, CA 92009** |
| State the term remaining | **3 years** | |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Danielle Forsgren<br>7365 Almaden Ln.<br>Carlsbad, CA 92009** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Derek Schmitt<br>26813 Moon Flower Ct.<br>Sun City, CA 92585** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Don Miller<br>3258 NW. Massey Dr.<br>Bend, OR** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Elizabeth Wilson**<br>**6965 Stetson Way**<br>**Frisco, TX 75034** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **5 year lease with 2 years and 4 months remaining on 6895 ft.$^2$ of commercial space located at 6451 El Camino Real, Suite C, Carlsbad, CA 92009.**<br>**2 years 4 months.** | **First Industrial, L. P.- c/o**<br>**1st Ind. Realty Trust, Inc, GP**<br>**1 N. Wacker Dr., #4200**<br>**Chicago, IL 60606** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Francisco Cidral**<br>**7637 Ripplepoint Way**<br>**Windermere, FL 34786** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Greg Alzate, MD**<br>**2361 Recuerdo Cove**<br>**Del Mar, CA 92014** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Hamid Khorramian**<br>**6853 Citrine**<br>**Carlsbad, CA 92009** |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **James Wangler**<br>**1188 Brockton St.**<br>**El Cajon, CA 92020** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Jay Jeffcoat**<br>**325 7th Ave.**<br>**#2002**<br>**San Diego, CA 92101** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Jorge Quintanilla**<br>**2109 Viola Way**<br>**Oxnard, CA 93030** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Lisa Porter**<br>**13157 Mindanao Way**<br>**#987**<br>**Marina Del Rey, CA 90292** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | **Marc Yap**<br>**5101 Whitman Way, #311**<br>**Carlsbad, CA 92008** |
| State the term remaining | **2 years** | |
| List the contract number of any government contract | | |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Melanie Klich<br>151 Corona Ave.<br>Long Beach, CA 90803** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Michael Bonaguidi, Jr.<br>2235 Prospect St.<br>National City, CA 91950** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Murray Learmouth<br>11956 Bernardo Placid Dr., #216<br>San Diego, CA 92128** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Nathan Newman, MD<br>504 N. Elm Dr.<br>Beverly Hills, CA 90210** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Nigel Dix<br>19744 Beach Blvd., #455<br>Huntington Beach, CA 92648** |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.25. State what the contract or lease is for and the nature of the debtor's interest | **Paychex processes company payroll and is also involved in workers compensation and retirement plan matters.** | **Paychex, Inc.**<br>**911 Panorama Trl. S.**<br>**Rochester, NY 14625** |
| State the term remaining | **Open-ended.** | |
| List the contract number of any government contract | | |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest | **Company processes that in credit card payments.** | **Propay, Inc.**<br>**2675 W. 600 N.**<br>**Lindon, UT 84042** |
| State the term remaining | **Open ended** | |
| List the contract number of any government contract | | |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Rhonda Migliaccico**<br>**6451 El Camino Real, Suite C**<br>**Carlsbad, CA 92009** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | **Rhonda Migliaccio**<br>**6451 El Camino Real, Suite C**<br>**Carlsbad, CA 92009** |
| State the term remaining | **Open ended** | |
| List the contract number of any government contract | | |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | **Robert Klein Revocable Trust**<br>**2910 Holly Rd.**<br>**Santa Barbara, CA 93105** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **General Product Liability, commercial liability and comprehensive insurance.**<br>**Renews December 3, 2026** | **RSG Specialty, LLC**<br>**1100 Walnut St., Suite 3200**<br>**Kansas City, MO 64106** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Ryan Jeffcoat** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Ryan Jeffcoat**<br>**4575 Ohio St., Unit 1**<br>**San Diego, CA 92116** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Factoring agreement.**<br><br>**Open ended.** | **Shopify, Inc.**<br>**Attn.: Douglas Lambert, CEO**<br>**85 10th Ave., Suite 800**<br>**New York, NY 10011** |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Srini Rao MD, PhD**<br>**1477 Paseo de la Flores**<br>**Encinitas, CA 92024** |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Stephanie Parrish<br>450 Crystal Dr.<br>Montpelier, ID 83254** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Merchant processing company. Stripe, Inc. processes the payments when a customer pays using a credit card or a debit card.** | **Stripe, Inc.<br>Attn.: Patrick Collison, CEO<br>354 Oyster Point Blvd.<br>South San Francisco, CA 94080** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Susan Adornato<br>2876 El Cajon Blvd., #5<br>San Diego, CA 92104** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Workers compensation insurance. Policy number #7863** | **The Hartford<br>Business Service Center<br>3600 Wiseman Blvd.<br>San Antonio, TX 78251** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Stock Option Agreement Unexercised as of the Petition Date.** | **Thomas Brodt<br>151 Corona Ave.<br>Long Beach, CA 90803** |

Debtor 1 **AVACEN, Inc.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement.** | |
| | State the term remaining | | **Thomas Muehlbauer**<br>**7365 Almaden Ln.**<br>**Carlsbad, CA 92009** |
| | List the contract number of any government contract | | |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | |
| | State the term remaining | | **Thomas Muehlbauer**<br>**7365 Almaden Ln.**<br>**Carlsbad, CA 92009** |
| | List the contract number of any government contract | | |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Option Agreement Unexercised as of the Petition Date.** | |
| | State the term remaining | | **Whitney Jaramillo**<br>**824 Windridge Circle**<br>**San Marcos, CA 92078** |
| | List the contract number of any government contract | | |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement.** | |
| | State the term remaining | **Open ended** | **Yesenia Rivera**<br>**2899 Oakwood Creek Way**<br>**Escondido, CA 92027** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Thomas Muehlbauer** | **7365 Almaden Ln. Carlsbad, CA 92009** | **Funding Futures, LLC** | ☐ D<br>■ E/F **3.9**<br>☐ G |
| 2.2 | **Thomas Muehlbauer** | **7365 Almaden Ln. Carlsbad, CA 92009** | **Western Alliance Bank, N.A.** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.3 | **Thomas Muehlbauer** | **7365 Almaden Ln. Carlsbad, CA 92009** | **Western Alliance Bank, N.A.** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.4 | **Thomas Muehlbauer** | **7365 Almaden Ln. Carlsbad, CA 92009** | **Spartan Business Solutions, LL** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.5 | **Thomas Muehlbauer** | **7365 Almaden Ln. Carlsbad, CA 92009** | **Novus Capital Funding II, LLC** | ☐ D<br>■ E/F **3.13**<br>☐ G |

Debtor **AVACEN, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name **AVACEN, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,384,426.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$3,077,328.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$4,033,813.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Shopify, Inc.**<br>**Attn.: Douglas Lambert, CEO**<br>**85 10th Ave., Suite 800**<br>**New York, NY 10011** | **90 days prior to payment.** | **$37,134.90** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Western Alliance Bank, N.A.**<br>**Attn.: Ken Vecchione, CEO**<br>**1 E. Washington St., #1400**<br>**Phoenix, AZ 85004** | **90 days prior to filing.** | **$19,636.93** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Spartan Business Solutions, LL**<br>**Attn: Frank Mercado, Man. Memb**<br>**371 E. Main St., Suite 2**<br>**Middletown, NY 10940** | **90 days prior to filing.** | **$90,426.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Funding Futures, LLC**<br>**100 Merrick Rd., Suite 419E**<br>**Rockville Centre, NY 11570** | **90 days prior to filing.** | **$11,250.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **WebFunder, LLC**<br>**Attn.: Yosef Rappoport, Man. M**<br>**803 S. 21st Ave.**<br>**Hollywood, FL 33020** | **90 days prior to filing.** | **$30,323.58** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Novus Capital Funding II, LLC**<br>**Attn.: Levi Krinsky, Man Mem**<br>**54 State Street, #804**<br>**Albany, NY 12207** | **90 days prior to filing.** | **$14,053.15** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Thomas Muehlbauer**<br>**6451 El Camino Real, Suite C**<br>**Carlsbad, CA 92009**<br>**Shareholder/Director/officer** | **Expense reimburseme nts within one year of filing.** | **$109,000.00** | **Expense reimbursements.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Funding Futures, LLC**<br>**100 Merrick Rd., Suite 419E**<br>**Rockville Centre, NY 11570** | **Creditor asserted purported rights under a UCC-1 financing statement/security agreement and directed Stripe, Inc., owner's credit card payment processor, to withhold and/or freeze merchant processing proceeds otherwise payable to debtor. Debtor disputes creditor's entitlement to the funds and/or extent and validity of asserted lien.**<br>Last 4 digits of account number: _____ | **August 1, 2026** | **$37,134.90** |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Funding Futures, LLC v. AVACEN, Inc.**<br>**None assigned** | **Breach of contract** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor **AVACEN, Inc.** Case number *(if known)*

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **S.E. Cowen Law<br>333 H Street, Suite 5000<br>Chula Vista, CA 91910** | **Attorney Fees and court filing fee.** | **July 18, 2026: $5000. August 3, 2026: $20,000.** | **$25,000.00** |

**Email or website address**
**Cowen.steve@secowenlaw.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor **AVACEN, Inc.** Case number *(if known)*

| **Address** | **Dates of occupancy From-To** |
|---|---|

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | **Employer identification number of the plan** |
|---|---|
| **401(k) Paychex Plan** | EIN: **26–1478471** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| **Business name address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. **Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | **Date of service From-To** |
|---|---|---|
| 26a.1. | **MRB Consulting, Inc.**<br>**5173 Cassandra Ln.**<br>**San Diego, CA 92109** | **August 2012 through August 2026** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | **Name and address** | **Date of service From-To** |
|---|---|---|
| 26b.1. | **Sahmel & Associates**<br>**Certified Public Accountants**<br>**3033 Fit Ave., Suite 425**<br>**San Diego, CA 92103** | **September 2023 to the present.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **Thomas Muehlbauer**<br>**6451 El Camino Real, Suite C**<br>**San Diego, CA 92109** | |
| 26c.2. | **Sahmel & Associates**<br>**Certified Public Accountants**<br>**3033 4th Ave., Suite 425**<br>**San Diego, CA 92103** | |
| 26c.3. | **MRB Consulting, Inc.**<br>**5173 Cassandra Ln.**<br>**San Diego, CA 92109** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | **Name and address** |
|---|---|
| 26d.1. | **Western Alliance Bank, N.A.**<br>**Attn.: Ken Vecchione, CEO**<br>**1 E. Washington St., #1400**<br>**Phoenix, AZ 85004** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor **AVACEN, Inc.** Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Derek Schmitt** | **December 31, 2024, and December 31, 2025** | **2024: $526,750.53. Fair market value.<br>2025: $441,733.27. Fair market value.** |

Name and address of the person who has possession of inventory records

**Thomas Muehlbauer**
**6451 El Camino Real, Suite C**
**San Diego, CA 92109**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Muehlbauer** | **7365 Almaden Ln.<br>Carlsbad, CA 92009** | **Shareholder, Director & CEO.** | **53%** |
| **Robert Klein, M. D.** | **2910 Holly Rd.<br>Santa Barbara, CA 93105** | **Shareholder & Director.** | **10%** |
| **James Wangler** | **1188 Brockton St.<br>El Cajon, CA 92020** | **Shareholder & Director.** | **6%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Thomas Muehlbauer<br>6451 El Camino Real Suite C<br>Carlsbad, CA 92009** | **$2845** | **Year prior to filing.** | **Compensation.** |

Relationship to debtor
**Shareholder/Director/Officer**

Debtor **AVACEN, Inc.** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Danielle Forsgren**<br>**6451 El Camino Real, Suite C**<br>**Carlsbad, CA 92009**<br>Relationship to debtor<br>**Officer.** | **$3231: payroll. $20,174: commissions.** | **Year prior to filing.** | **Compensation and commissions..** |
| 30.3. | **Dawn Forsgren**<br>**6451 El Camino Real, Suite C**<br>**Carlsbad, CA 92009**<br>Relationship to debtor<br>**Sister of Danielle Forsgren a company officer.** | **$42,056: payroll. $2573: commissions.** | **Year prior to filing.** | **Compensation and commissions.** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 13, 2026**

***/s/* Thomas Muehlbauer**
Signature of individual signing on behalf of the debtor

**Thomas Muehlbauer**
Printed name

Position or relationship to debtor **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of California

In re **AVACEN, Inc.** Debtor(s) Case No. Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

☑ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 23,262 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | 400 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 11, 2026**
*Date*

**/s/ Steven E. Cowen, Esq.**
**Steven E. Cowen, Esq. 132988**
*Signature of Attorney*
**S.E. Cowen Law**
**333 H Street, Suite 5000**
**Chula Vista, CA 91910**
**619-202-7511 Fax: 619-489-0431**
**Cowen.steve@secowenlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of California

In re **AVACEN, Inc.** Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Kuchin**<br>**524 Avenue D**<br>**Billings, MT 59102** | **Common** | **1100** | |
| **Ajitpal Mann**<br>**6325 W. Briles Road**<br>**Phoenix, AZ 85083** | **Common** | **1130** | |
| **Akbar Mithani**<br>**3222 Avenel Ct.**<br>**Snellville, GA 30078** | **Common** | **1000** | |
| **Alan Bishop**<br>**110 Howland Ln.**<br>**Waxahachie, TX 75167** | **Common** | **1100** | |
| **Alyssa Rich**<br>**14615 Cherry Hills Dr.**<br>**Dallas, TX 75234** | **Common** | **1100** | |
| **Amanda Mora**<br>**2302 Ponderosa Dr. SW.**<br>**Rochester, MN 55902** | **Common** | **101,010** | |
| **Ana Bota**<br>**442 Weddington Ct.**<br>**Rochester, MN** | **Common** | **1000** | |
| **Andrew Lofts**<br>**PO Box 297**<br>**Three Rivers, CA 93271** | **Common** | **250,000** | |
| **Anita Anderson**<br>**2000 Loon Lake Rd.**<br>**Denton, TX 76210** | **Common** | **1250** | |
| **Anthony Mora**<br>**2302 Ponderosa Dr. SW.**<br>**Rochester, NY** | **Common** | **10,500** | |
| **Ashkay Ragu**<br>**2914 Bulwer Lane**<br>**Madison, WI 53711** | **Common** | **1000** | |

In re: **AVACEN, Inc.** Debtor(s)    Case No. ____________

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barbara Einsohn**<br>**4400 Barnsley Dr.**<br>**Plano, TX 75093** | **Common** | **500** | |
| **Barry Turem**<br>**7 Chimney Ln. SE.**<br>**Cartersville, GA 30120** | **Common** | **550** | |
| **Benjamin Savill**<br>**359 Flyers Ln.**<br>**Tustin, CA 92782** | **Common** | **1100** | |
| **Bill and Karen Muehlbauer**<br>**15130 Maryland Dr., unit C**<br>**Elm Grove, WI 53122** | **Common** | **1,667,755** | |
| **Brandon Vasquez**<br>**2824 Unicornio St. #E**<br>**La Costa, CA** | **Common** | **50,550** | |
| **Brett Metheny**<br>**5718 E. Deborah St.**<br>**Long Beach, CA 90815** | **Common** | **22,000** | |
| **Brian and Jan Evans**<br>**1085 Daisy St.**<br>**Escondido, CA 92027** | **Common** | **1,156,000** | |
| **Brittany Wilson**<br>**1501 India St.**<br>**San Diego, CA 92101** | **Common** | **1200** | |
| **Cameron Vasquez**<br>**2824 Unicornio Street, #E**<br>**La Costa, CA** | **Common** | **51,650** | |
| **Carol David's**<br>**1260 NW. Naito Pkwy.**<br>**Portland, OR 97209** | **Common** | **1100** | |
| **Carol Hamilton**<br>**20449 Country Club Dr.**<br>**Harper Woods, MI 48225** | **Common** | **1100** | |
| **Catherine Zidell**<br>**5931 Lindenshire Ln.**<br>**Dallas, TX 75230** | **Common** | **1000** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cayla Donahue**<br>**N 78W17699 Willow Pond Drive**<br>**Menomonee Falls, WI 53051** | **Common** | **575** | |
| **Celeste Holthaus**<br>**370 Rosecrans, #205**<br>**San Diego, CA 92106** | **Common** | **292,660** | |
| **Chad Donahue**<br>**N78W17699 Willow Pond Dr.**<br>**Menomonee Falls, WI 53051** | **Common** | **550** | |
| **Charles Brockus, PhD**<br>**21715 Sazarac road**<br>**Reno, NV 89521** | **Common** | **110,000** | |
| **Charles Lujan**<br>**1206 Magnolia Ave.**<br>**Dothan, AL** | **Common** | **500** | |
| **Charles Roland**<br>**5819 Beaumont**<br>**La Jolla, CA 92037** | **Common** | **175,000** | |
| **Cherie Sorensen**<br>**2521 Cottage Dr.**<br>**Corona, CA 92881** | **Common** | **550** | |
| **Chris Momose**<br>**5 Matthew Dr.**<br>**Reading, PA 19608** | **Common** | **1100** | |
| **Christine Burton**<br>**16 Lenox Ln.**<br>**TN 38410** | **Common** | **1000** | |
| **Christine Hart**<br>**4108 Sunflower Ln.**<br>**Plano, TX 75024** | **Common** | **1000** | |
| **Christopher Lill**<br>**1840 Sion Hill Drive**<br>**Havre De Grace, MD 21078** | **Common** | **600** | |
| **Christopher Mares**<br>**6965 Stetson Way**<br>**Frisco, TX** | **Common** | **1150** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chuck Laughlin**<br>**10120 Betty Wood Ln.**<br>**Dallas, TX 75243** | **Common** | **5500** | |
| **Claudia De Anda**<br>**10584 Jill St.**<br>**Cypress, CA 90630** | **Common** | **1000** | |
| **Cover Revocable Trust**<br>**PO Box 1160**<br>**La Quinta, CA 92247** | **Common** | **1 million** | |
| **CRN Holdings, LLC**<br>**8906 Spanish Ridge Ave., #100**<br>**Las Vegas, NV 89148** | **Common** | **200,000** | |
| **Cynthia Parker**<br>**3350 Creek Dr.**<br>**Ann Arbor, MI 48108** | **Common** | **500** | |
| **Daniel Boggess**<br>**550 Rose Cir.**<br>**Twin Falls, ID 83301** | **Common** | **625** | |
| **Danielle Bowers**<br>**6471 Walnut Way**<br>**Brownsburg, IN 46112** | **Common** | **1100** | |
| **Danny Matte**<br>**957 Nostalgic Dr.**<br>**Hubertus, WI 53033** | **Common** | **1150** | |
| **David Prevost**<br>**6589 E. County Rd. 150 S.**<br>**Avon, IN 46123** | **Common** | **1000** | |
| **Dawn and Frank Vasquez**<br>**1123 Montura Rd.**<br>**San Marcos, CA 92078** | **Common** | **850,000** | |
| **Deborah DeLeon**<br>**8105 Rasor Boulevard #251**<br>**Plano, TX 75024** | **Common** | **1000** | |
| **Dennis Prockrus**<br>**1709 Francis St.**<br>**Carollton, TX** | **Common** | **1200** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Diane Jordan<br>1711 via El Prado Suite 201<br>Redondo Beach, CA 90277** | **Common** | **1100** | |
| **Diane Noll<br>43209 N. 43rd Dr.<br>New River, AZ 85087** | **Common** | **1150** | |
| **Don Miller<br>3258 NW. Massey Dr.<br>Bend, OR** | **Common** | **224,000** | |
| **Douglas Bryce<br>2857 Cedar Hollow Rd.<br>Georgetown, TX 78628** | **Common** | **1000** | |
| **Dragomir Vasovic<br>400 W. 58th St. 3F<br>New York, NY 10019** | **Common** | **550** | |
| **Edward MacLennan<br>128 Fair Brook Dr.<br>Bolingbrook, IL 60440** | **Common** | **575** | |
| **Elaine Paugh<br>915 S. Huber Street<br>Indianapolis, IN 46239** | **Common** | **1030** | |
| **Elizabeth Olson Trust<br>531 Chapala St., #E<br>Santa Barbara, CA 93101** | **Common** | **50,000** | |
| **Elle Ingals<br>220 Eucalyptus Hill Dr.<br>Santa Barbara, CA 93108** | **Common** | **500** | |
| **Eric Cantlay & Mary Baum<br>252 Brentwood Way<br>Goleta, CA 93117** | **Common** | **250,000** | |
| **Finch Living Trust<br>1000 N. Green Valley Pkwy.<br>Henderson, NV 89074** | **Common** | **136,695** | |
| **Gary Alexander<br>16723 Forest Gate Rd.<br>Dubuque, IA 52001** | **Common** | **1150** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Sanger**<br>**4531 Claycut Rd.**<br>**Baton Rouge, LA** | **Common** | **1100** | |
| **George Nwafor**<br>**759 Einstein Pl.**<br>**Gilroy, CA** | **Common** | **720** | |
| **Gerald Burke**<br>**3823 Fairwood Blvd. NE.**<br>**Tacoma, WA 98422** | **Common** | **1514** | |
| **Gina Santonas**<br>**211 Cornelia St.**<br>**Brooklyn, NY** | **Common** | **1148** | |
| **Gregory Melvin DC**<br>**8341 La Mesa Blvd.**<br>**La Mesa, CA 91941** | **Common** | **110,000** | |
| **Gregory Melvin DC**<br>**8341 La Mesa Blvd.**<br>**La Mesa, CA 91941** | **Common** | **110,000** | |
| **Hali Gilian**<br>**772 Latina Court**<br>**Henderson, NV 89012** | **Common** | **7000** | |
| **Hamid Khorramian**<br>**6853 Citrine**<br>**Carlsbad, CA 92009** | **Common** | **480,000** | |
| **Hannah Dearman**<br>**1412 Aldrich Dr.**<br>**Lancaster, TX 75134** | **Common** | **1550** | |
| **Heidi Hetzel**<br>**1336 W. Norwood St.**<br>**Chicago, Il** | **Common** | **1000** | |
| **Hunter Holthaus**<br>**370 Rosecrans, #205**<br>**San Diego, CA 92106** | **Common** | **10,000** | |
| **Irene Albertson**<br>**117 Bass Lake Rd.**<br>**South Mills, NC** | **Common** | **1075** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **J. P. Black**<br>**346 Pleasant View Rd.**<br>**Cedartown, GA 30125** | **Common** | **8500** | |
| **Jackson Malugen**<br>**1206 Magnolia Ave.**<br>**Dothan, AL** | **Common** | **500** | |
| **Jacky Willard**<br>**326 Anacapa Dr.**<br>**Roseville, CA 95678** | **Common** | **1030** | |
| **Jacob Jaramillo**<br>**824 Wind Ridge Cir.**<br>**San Marcos, CA 92078** | **Common** | **575** | |
| **Jacqueline Verwers**<br>**2119 St. Croix Avenue**<br>**Fort Myers, FL 33905** | **Common** | **1100** | |
| **James Black**<br>**346 Pleasant View Rd.**<br>**Cedartown, GA 30125** | **Common** | **2000** | |
| **James Gruber**<br>**2144 County Rd. H**<br>**Kewaskum, WI 53040** | **Common** | **5500** | |
| **James Jarrard**<br>**121 Arrowhead Dr.**<br>**Carson City, NV 89706** | **Common** | **920** | |
| **James Migliaccio**<br>**6711 Abanto Street**<br>**Carlsbad, CA 92009** | **Common** | **500** | |
| **James Smith**<br>**149 Walton Rd.**<br>**East Palatka, FL** | **Common** | **1616** | |
| **James Wangler**<br>**1188 Brockton St.**<br>**El Cajon, CA 92020** | **Common** | **5,047,210** | |
| **Jamie Fang**<br>**121 S. Hope St.**<br>**Los Angeles, CA 90012** | **Common** | **1000** | |

List of equity security holders consists of 19 total page(s)

In re: **AVACEN, Inc.** Debtor(s) Case No. 

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jarmillo Revocable Trust**<br>**10970 Westmore Cir.**<br>**San Diego, CA 92126** | **Common** | **800,000** | |
| **Jean Anton**<br>**N3855 Old Hwy. J**<br>**Reeseville, WI 53579** | **Common** | **1150** | |
| **Jeanette Shaw**<br>**401 Omaha Road**<br>**Bristol, VA** | **Common** | **3125** | |
| **Jeffrey Allen**<br>**3475 Running Deer Dr.**<br>**Castle Rock, CO 80109** | **Common** | **550** | |
| **Jennifer Feldman**<br>**7811 Kebab Chose St.**<br>**Carlsbad, CA 92009** | **Common** | **800,000** | |
| **Jennifer Peterson**<br>**493 Sandy Point Cir.**<br>**Ashland, NE 68003** | **Common** | **550** | |
| **Jeremy Jaramillo**<br>**824 Wind Ridge Cir.**<br>**San Marcos, CA 92078** | **Common** | **575** | |
| **Jeremy Maloney**<br>**3411 Southlake Village Dr.**<br>**Katy, TX 77450** | **Common** | **2200** | |
| **Jerome Lichter**<br>**2021 Grand Ave.**<br>**San Diego, CA** | **Common** | **1508** | |
| **Jerri Vaughn**<br>**5908 Forest River Dr.**<br>**Fort Worth, TX** | **Common** | **1150** | |
| **Jesse Witt**<br>**805 S. Sequoia Dr.**<br>**Horseshoe Bend, AR 72512** | **Common** | **550** | |
| **Jeta Morris**<br>**502 Blanning Dr.**<br>**Dallas, TX 75218** | **Common** | **11,500** | |

List of equity security holders consists of 19 total page(s)

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jim Owens**<br>**2615 Tinechester**<br>**Kingwood, TX 77339** | **Common** | **2000** | |
| **JoAnn Barry**<br>**5613 Avenida Del Parque**<br>**Rancho Santa Fe, CA 92091** | **Common** | **2071** | |
| **John Dewey**<br>**1708 E. Northgate Dr.**<br>**Irving, TX** | **Common** | **1000** | |
| **John Dixon**<br>**80 Swan St., #218**<br>**Lowell, MA** | **Common** | **550** | |
| **John Paul Allman**<br>**4464 via San Marco**<br>**Las Vegas, NV 89103** | **Common** | **100,000** | |
| **Jonathan Lakey**<br>**35 Mayor Ct.**<br>**Irvine, CA 92617** | **Common** | **1200** | |
| **Jonathan Vasquez**<br>**14 Mountain West Loop**<br>**Winston, MT 59647** | **Common** | **60,000** | |
| **Joseph Cash**<br>**435 Parliament Pl.**<br>**Augusta, GA 30907** | **Common** | **550** | |
| **Joseph Dolan**<br>**823 NE. O'Leary Street**<br>**Oak Harbor, WA 98277** | **Common** | **550** | |
| **Joseph Ogiba**<br>**309 Hyatt St.**<br>**Brookfield, MO 64628** | **Common** | **1100** | |
| **Joyce Duranty**<br>**2643 W. Maypole Ave.**<br>**Chicago, IL 60612** | **Common** | **52,500** | |
| **Judith Havens**<br>**1704 Liano Street**<br>**Santa Fe, NM 87505** | **Common** | **500** | |

List of equity security holders consists of 19 total page(s)

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Julie Maitland**<br>**502 Phillips Dr.**<br>**Las Cruces, NM 88005** | **Common** | **1150** | |
| **June Zahn**<br>**W151 and 7530 Wood View Dr.**<br>**Menomonee Falls, WI 53051** | **Common** | **805,750** | |
| **Karen Fish**<br>**212 N. Van Buren St.**<br>**Green Bay, WI 54301** | **Common** | **2200** | |
| **Kari Charmack**<br>**720 Roberts St.**<br>**Altoona, WI 54720** | **Common** | **106,010** | |
| **Kay Hicks**<br>**814 Woodmont Dr.**<br>**Murfreesboro, TN 37129** | **Common** | **575** | |
| **Kelly Coan**<br>**1130 Dixon Ln.**<br>**Reno, NV 89511** | **Common** | **500** | |
| **Kendall Pagone**<br>**2225 Vegas Ave.**<br>**Castro Valley, CA 94546** | **Common** | **1000** | |
| **Kerri Cooper**<br>**3256 NW. Massey Dr.**<br>**Bend, OR 97703** | **Common** | **500** | |
| **Kevin Humphrey**<br>**5882 W. Moon Shadow Dr.**<br>**Herriman, UT 84096** | **Common** | **1000** | |
| **King Revocable Trust**<br>**7373 Almaden Ln.**<br>**Carlsbad, CA 92009** | **Common** | **55,000** | |
| **Kishan Swami**<br>**121 N. Linden Dr.**<br>**Ventura, CA** | **Common** | **500** | |
| **Krishna Cheeti**<br>**12508 Jules Dr.**<br>**Frisco, TX 75033** | **Common** | **1100** | |

List of equity security holders consists of 19 total page(s)

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kyle Schlotz**<br>**780 S. Sapodilla Ave.**<br>**West Palm Beach, FL 33401** | **Common** | **500** | |
| **Lakey Financial**<br>**35 Mayor Ct.**<br>**Irvine, CA 92617** | **Common** | **250,000** | |
| **Larnell Darouse**<br>**1610 Cherie Dr.**<br>**Hammond, LA 70401** | **Common** | **550** | |
| **Laura Starr**<br>**853 Sutton Ct.**<br>**Lincolnshire, IL 60069** | **Common** | **1150** | |
| **Laurie Bussiere**<br>**6400 Windcrest Dr.**<br>**Plano, TX 75024** | **Common** | **1000** | |
| **Lawrence Armstrong**<br>**3565 State Rd.**<br>**Fort Gratiot, MI 48059** | **Common** | **1030** | |
| **LeeAnn Coburn**<br>**1904 S. Coffman**<br>**Longmont, CO 80504** | **Common** | **500** | |
| **Leon Olson Revocable Trust**<br>**531 Chapala St., apartment E**<br>**Santa Barbara, CA 93101** | **Common** | **992,700** | |
| **Leonard Oshdi**<br>**805 Bent Brook Rd.**<br>**Little Elm, TX 75068** | **Common** | **1000** | |
| **Liz Wilson**<br>**6965 Stetson Way**<br>**Frisco, TX 75034** | **Common** | **1250** | |
| **Lucy Gomez**<br>**10584 Jill St.**<br>**Cypress, CA 90630** | **Common** | **1100** | |
| **Margaret François**<br>**8440 Ruthette Drive**<br>**North Richland Hills, TX 76182** | **Common** | **575** | |

List of equity security holders consists of 19 total page(s)

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Margaret Garcia**<br>**1018 Shady Ln., Drive**<br>**Rockwall, TX 75087** | **Common** | **575** | |
| **Marie Harris**<br>**9860 W. Tropicana #258**<br>**Las Vegas, NV 89147** | **Common** | **1100** | |
| **Marion Marron**<br>**907 W. Benwood Street**<br>**San Dimas, CA 91773** | **Common** | **575** | |
| **Marissa Freeman**<br>**13625 S. 48th St.**<br>**Phoenix, AZ 85044** | **Common** | **1150** | |
| **Marlene Lyon**<br>**62078 County Rd. 4628**<br>**Athens, TX 75752** | **Common** | **575** | |
| **Mary Berenz**<br>**516 S. Dixie Hwy.**<br>**West Palm Beach, FL** | **Common** | **6000** | |
| **Mary Fritz**<br>**N 4235 Alpine Village Ln. 3**<br>**Cambridge, WI 53523** | **Common** | **3184** | |
| **Mary Kay Millican**<br>**14290 West Point St.**<br>**Taylor, MI 48180** | **Common** | **575** | |
| **Matthew Einsohn**<br>**910 Cliff Rose Court**<br>**Sedona, AZ 86336** | **Common** | **500** | |
| **Michael Baldacchino**<br>**26 Cypress Dr.**<br>**Eustis, FL** | **Common** | **625** | |
| **Michael Unclebach**<br>**12373 Latigo Drive**<br>**Frisco, TX 75035** | **Common** | **500** | |
| **Michelle Einsohn**<br>**910 Cliff Rose Court**<br>**Sedona, AZ 86336** | **Common** | **500** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michelle Williams**<br>**3837 Sweat Creek run**<br>**Marietta, GA 30062** | **Common** | **52,500** | |
| **Michelle Wood**<br>**37668 W. San Alvarez Avenue**<br>**Maricopa, AZ** | **Common** | **1650** | |
| **Mitchell Haney**<br>**9238 Camp Oliver Rd.**<br>**Adger, AL 35006** | **Common** | **1001** | |
| **Nathan Newman, MD**<br>**504 N. Elm Dr.**<br>**Beverly Hills, CA 90210** | **Common** | **2,817,000** | |
| **Nichola Schaumburg**<br>**N51W 17332 Maple Crest Ln.**<br>**Menomonee Falls, WI 53051** | **Common** | **128,510** | |
| **Nigel Dix**<br>**19744 Beach Blvd., #455**<br>**Huntington Beach, CA 92648** | **Common** | **2200** | |
| **Nixi Cat**<br>**650 Euclid Ave.**<br>**Elmira, NY 14901** | **Common** | **1100** | |
| **Pamela Jackson**<br>**6508 Coast Cir.**<br>**Naples, FL 34113** | **Common** | **250,000** | |
| **Pathil, LLC**<br>**1581 Burning Bush Ln.**<br>**Hoffman Estates, IL 60192** | **Common** | **600** | |
| **Paugh Revocable Trust**<br>**360 N. Bazil Ave.**<br>**Indianapolis, IN 46219** | **Common** | **575** | |
| **Penny Chapman**<br>**18003 Creek Vista Court**<br>**Dallas, TX 75252** | **Common** | **600** | |
| **Peter Rogers**<br>**5083 Windsor Dr.**<br>**Carlsbad, CA 92109** | **Common** | **1150** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Shimkin**<br>**5954 Roseto Place**<br>**Sarasota, FL 34238** | **Common** | **1379** | |
| **Petrina Gonder**<br>**3510 Helen Ave.**<br>**Lincoln Park, MI 48146** | **Common** | **1000** | |
| **Pheyda Schworm**<br>**15360 Elizabeth Dr.**<br>**Beaumont, TX 77705** | **Common** | **575** | |
| **Rayme Sciaronia**<br>**4877 34th St.**<br>**San Diego, CA 92116** | **Common** | **100,000** | |
| **Rebecca Abdelhak**<br>**8552 Chapel Pines Dr.**<br>**Indianapolis, IN 46234** | **Common** | **2000** | |
| **Rhonda Wilson**<br>**23678 Circle Drive**<br>**Menifee, CA** | **Common** | **500** | |
| **Rik Lah**<br>**5797 Elston Ave.**<br>**Chicago, IL 60646** | **Common** | **550** | |
| **Robert Jaskot**<br>**12587 Fair Lakes Cir., #186**<br>**Fairfax, VA 22033** | **Common** | **337 520** | |
| **Robert Klein Revocable Trust**<br>**2910 Holly Rd.**<br>**Santa Barbara, CA 93105** | **Common** | **8,800,000** | |
| **Robert look**<br>**5050 Laguna Blvd.**<br>**Elk Grove, CA 95758** | **Common** | **1200** | |
| **Robert Taylor**<br>**56 S. Highwood Ave.**<br>**Glen Rock, NJ** | **Common** | **500** | |
| **Rod Kerzner**<br>**421 Morehead Rd.**<br>**Marion, NC 28752** | **Common** | **625** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Roderick Herron**<br>**20236 Executive Dr.**<br>**Tanner, AL 35671** | **Common** | **550** | |
| **Rosemary Vasquez**<br>**566 Nantucket Ct.**<br>**Encinitas, CA 92024** | **Common** | **285,005** | |
| **Russell Edwards**<br>**1008 Porter St.**<br>**Columbia, MS 39429** | **Common** | **1150** | |
| **Ryan Willard**<br>**326 Anacapa Dr.**<br>**Roseville, CA 95678** | **Common** | **1000** | |
| **Samantha Diaz**<br>**216 Misty Garden St.**<br>**Las Vegas, NV 89101** | **Common** | **1000** | |
| **Sara Palanisamy**<br>**1428 Los Vecinos**<br>**Walnut Creek, CA 94598** | **Common** | **500** | |
| **SaraeMatthews**<br>**2335 Manor Grove Dr.**<br>**Chesterfield, MO** | **Common** | **1150** | |
| **Scott Patterson**<br>**5 Greenwood Pl.**<br>**Menlo Park, CA 94025** | **Common** | **1000** | |
| **Sheri White**<br>**N 106W15704 Creek Terrace**<br>**Germantown, WI 53022** | **Common** | **600** | |
| **Shrikant Singh**<br>**8 Sarracenia**<br>**Rancho Santa Margarita, CA 92688** | **Common** | **600** | |
| **Shulman Family Trust**<br>**8515 Costa Verde Blvd., #1**<br>**San Diego, CA 92122** | **Common** | **50,000** | |
| **Shyaam Srinivasan**<br>**42223 Fallen Timber Ln.**<br>**Ashburn, VA 20148** | **Common** | **550** | |

In re: **AVACEN, Inc.** Debtor(s) Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Srini Rao MD, PhD**<br>**1477 Paseo de la Flores**<br>**Encinitas, CA 92024** | **Common** | **16,665** | |
| **StartEngine LLC**<br>**4100 W. Alameda Ave.**<br>**Burbank, CA 91505** | **Common** | **8242** | |
| **Stephanie Woods**<br>**4321 Cas St.**<br>**San Diego, CA 92109** | **Common** | **1150** | |
| **Stephen Durante**<br>**21265 W. Redwood Dr.**<br>**Plainfield, IL 60544** | **Common** | **35,000** | |
| **Steven Horton**<br>**8606 Old Maple Ln.**<br>**Humble, TX 77338** | **Common** | **1100** | |
| **Steven Nelson**<br>**125 Coach House Dr.**<br>**Madison, WI** | **Common** | **1100** | |
| **Susan Adornato**<br>**2876 El Cajon Blvd., #5**<br>**San Diego, CA 92104** | **Common** | **550** | |
| **Susan Pouw**<br>**12007 Cobblestone Dr.**<br>**Houston, TX 77024** | **Common** | **2200** | |
| **Susan Sebestyen**<br>**17517 Placidity**<br>**Clermont, FL 34714** | **Common** | **550** | |
| **Tatiana Holthaus**<br>**370 Rosecrans, #205**<br>**San Diego, CA 92106** | **Common** | **10,000** | |
| **Teresa Akuna**<br>**22310 Avis Ct.**<br>**Torrance, CA** | **Common** | **1000** | |
| **Teresa Hardesty**<br>**125 via Colusa**<br>**Redondo Beach, CA 90277** | **Common** | **1000** | |

List of equity security holders consists of 19 total page(s)

In re: **AVACEN, Inc.** Debtor(s) Case No. 

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas Finch**<br>**3069 Old Hillsborough Rd.**<br>**Mebane, NC 27302** | **Common** | **3000** | |
| **Thomas Martin**<br>**1140 W. Skyview Dr.**<br>**Prescott, AZ** | **Common** | **550** | |
| **Thomas Muehlbauer**<br>**7365 Almaden Ln.**<br>**Carlsbad, CA 92009** | **Common** | **46,450,000** | |
| **Thomas Mulholland**<br>**108 Heather Cir.**<br>**Newburgh, NY 12550** | **Common** | **500** | |
| **Toni St Jacques**<br>**11867 Goldfinch Ct.**<br>**Penn Valley, CA 95946** | **Common** | **655** | |
| **Tony Bonatati**<br>**15 Lighthouse Way, Drive**<br>**Salem, SC 29676** | **Common** | **600** | |
| **Toosavili Ulutu**<br>**2031 Thomas Ave.**<br>**San Diego, CA 92109** | **Common** | **1100** | |
| **Tyler Parrham**<br>**1316 S. Deerberry Tr.**<br>**Sioux Falls, SD 57106** | **Common** | **11,500** | |
| **Umberto Ramirez**<br>**4534 Dawes St.**<br>**San Diego, CA 92109** | **Common** | **500** | |
| **Upton Revocable Trust**<br>**2272 Las Canoas Road**<br>**Santa Barbara, CA** | **Common** | **857,700** | |
| **Valerie Holst**<br>**401 Maona Loop**<br>**Honolulu, HI 96821** | **Common** | **1035** | |
| **Van Nguyen**<br>**10210 E. Cottonwood Ct.**<br>**Cornville, AZ 86325** | **Common** | **1100** | |

List of equity security holders consists of 19 total page(s)

In re: **AVACEN, Inc.** Debtor(s) Case No. ________

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Vanessa Grant**<br>**550 White Sage Rd.**<br>**Morton, PA 19070-8000** | **Common** | **11,500** | |
| **Vera Ferrero**<br>**4131 Wycliff**<br>**Dallas, TX 75219** | **Common** | **2925** | |
| **Vernon McGee**<br>**16400 Elk Rd.**<br>**Chanute, KS 66720** | **Common** | **1100** | |
| **Victor K Knutson, MD**<br>**462 S. Humboldt St.**<br>**Battle Mountain, NV 89820** | **Common** | **110,000** | |
| **Wendy Rizzo**<br>**1612 N. Larch Dr.**<br>**Mount Prospect, IL 60056** | **Common** | **1578** | |
| **Wendy white**<br>**5924 Charlestown Dr.**<br>**Dallas, TX 75230** | **Common** | **1100** | |
| **Whitney Jaramillo**<br>**824 Windridge Circle**<br>**San Marcos, CA 92078** | **Common** | **2350** | |
| **William Finch**<br>**1700 W. CR 200 S**<br>**Danville, IN 46122** | **Common** | **1000** | |
| **William Jago & JoAnn Tall**<br>**43 Laike**<br>**Kailua, HI 96734** | **Common** | **500,000** | |
| **William Muehlbauer**<br>**15130 Maryland Dr.**<br>**Elm Grove, WI 53122** | **Common** | **2200** | |
| **William Reynolds**<br>**6025 Paper Shell Way**<br>**Fort Worth, TX 76179** | **Common** | **550** | |
| **Yuki Jaffeux**<br>**5218 Stone Ct.**<br>**San Diego, CA 92115** | **Common** | **35,000** | |

In re: **AVACEN, Inc.** Debtor(s) Case No. ____________

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Zachary Farris**<br>**1512 Golf Club Drive**<br>**Argyle, TX 76226** | **Common** | **1100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 13, 2026** Signature **/s/ Thomas Muehlbauer**
**Thomas Muehlbauer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 19 total page(s)

# United States Bankruptcy Court
## Southern District of California

In re **AVACEN, Inc.** Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas Muehlbauer**, declare under penalty of perjury that I am the **CEO** of **AVACEN, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas Muehlbauer**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas Muehlbauer**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas Muehlbauer**, **CEO** of this Corporation is authorized and directed to employ **Steven E. Cowen, Esq. 132988**, attorney and the law firm of **S.E. Cowen Law** to represent the corporation in such bankruptcy case."

Date **August 11, 2026**

Signed **/s/ Thomas Muehlbauer**
**Thomas Muehlbauer**

# Resolution of Board of Directors
of
**AVACEN, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas Muehlbauer**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas Muehlbauer**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas Muehlbauer**, **CEO** of this Corporation is authorized and directed to employ **Steven E. Cowen, Esq. 132988**, attorney and the law firm of **S.E. Cowen Law** to represent the corporation in such bankruptcy case.

Date **August 11, 2026** Signed ______________________

Date **August 11, 2026** Signed ______________________

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.
**Steven E. Cowen, Esq. 132988**
**333 H Street, Suite 5000**
**Chula Vista, CA 91910**
**619-202-7511**
**132988 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**AVACEN, Inc.**

Debtor.

BANKRUPTCY NO.

# VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required. TOTAL NO. OF CREDITORS: **264**

☐ Conversion filed on ____________. *See instructions on reverse side.*
- ☐ Former Chapter 13 converting. Creditor diskette required. TOTAL NO. OF CREDITORS:____
- ☐ Post-petition creditors added. Scannable matrix required.
- ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
- ☐ Names and addresses are being ADDED.
- ☐ Names and addresses are being DELETED.
- ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **August 13, 2026**

**/s/ Thomas Muehlbauer**
**Thomas Muehlbauer/CEO**
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

# INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

1st Industrial, LP c/o
1st Indust. Rlty Trust, Inc GP
1 N. Wacker Dr., #4200
Chicago, IL 60606

American Express
Attn.: Stephen Squeri, CEO
1225 E. or Union Blvd., #200
Midvale, UT 84047

Bank of America, N. A.
Attn.: Brian T. Moynihan, CEO
Charlotte, NC 28255

Blue Cross of California
Attn.: Beth Anderson, Pres.
21215 Burbank Blvd.
Woodland Hills, CA 91367

Charter Comm. Operating, LLC
Attn: Christopher Winfrey, CEO
400 Washington Blvd.
Stamford, CT 06902

Chase Bank, N. A.
Attn.: Jamie Dimon, CEO
270 Park Ave.
New York, NY 10017

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

FedEx
Attn.: R. Subramaniam, CEO
942 S. Shady Grove Rd.
Memphis, TN 38120

Funding Futures, LLC
Attn.: Isaac Lubin, Man. Mem.
100 Merrick Rd., Suite 419E
Rockville Centre, NY 11570

Greenberg Trauig, LLP
18565 Jamboree Rd., #500
Irvine, CA 92612

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

JPS Engineering Corp.
Attn.: Jorge Sanchez, CEO
13475 Danielson St., #220-2
Poway, CA 92064

Lake Forest Bank & Trust N. A.
Attn.: John Wicks, President
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062

Novus Capital Funding II, LLC
Attn.: Levi Krinsky, Man Mem
54 State Street, #804
Albany, NY 12207

SDG&E
Caroline A. Winn, CEO
8330 Century Park Ct.
San Diego, CA 92123

Shopify, Inc.
Attn.: Douglas Lambert, CEO
85 10th Ave., Suite 800
New York, NY 10011

Spartan Business Solutions, LL
Attn: Frank Mercado, Man. Mem.
371 E. Main St., Suite 2
Middletown, NY 10940

United Parcel Service, Inc.
Attn.: Carol Tome, CEO
55 Glen Lake Pkwy., N. E.
Atlanta, GA 30328

US Bank , N. A.
Attn: Gunjan Kedia, CEO
800 Nicolette Mall
Minneapolis, MN 55402

WebFunder, LLC
Attn.: Yosef Rappoport, Man. M
803 S. 21st Ave.
Hollywood, FL 33020

Western Alliance Bank, N.A.
Attn.: Ken Vecchione, CEO
1 E. Washington St., #1400
Phoenix, AZ 85004

Yesenia Rivera
2899 Oakwood Creek Way
Escondido, CA 92027

Bill and Karen Muehlbauer
15130 Maryland Dr., unit C
Elm Grove, WI 53122

Blue Cross of California
Anthem Blue Cross
21215 Burbank Blvd.
Woodland Hills, CA 91367

Brett Metheny
5718 E. Deborah St.
Long Beach, CA 90815

Carol Bishop
110 Howland Ln.
Waxahachie, TX 75167

Christopher Mares
6965 Stetson Way
Frisco, TX

Danielle Forsgren
6451 El Camino Real, Suite C
Carlsbad, CA 92009

Danielle Forsgren
7365 Almaden Ln.
Carlsbad, CA 92009

Derek Schmitt
26813 Moon Flower Ct.
Sun City, CA 92585

Don Miller
3258 NW. Massey Dr.
Bend, OR

Elizabeth Wilson
6965 Stetson Way
Frisco, TX 75034

First Industrial, L. P.- c/o
1st Ind. Realty Trust, Inc, GP
1 N. Wacker Dr., #4200
Chicago, IL 60606

Francisco Cidral
7637 Ripplepoint Way
Windermere, FL 34786

Greg Alzate, MD
2361 Recuerdo Cove
Del Mar, CA 92014

Hamid Khorramian
6853 Citrine
Carlsbad, CA 92009

James Wangler
1188 Brockton St.
El Cajon, CA 92020

Jay Jeffcoat
325 7th Ave.
#2002
San Diego, CA 92101

Jorge Quintanilla
2109 Viola Way
Oxnard, CA 93030

Lisa Porter
13157 Mindanao Way
#987
Marina Del Rey, CA 90292

Marc Yap
5101 Whitman Way, #311
Carlsbad, CA 92008

Melanie Klich
151 Corona Ave.
Long Beach, CA 90803

Michael Bonaguidi, Jr.
2235 Prospect St.
National City, CA 91950

Murray Learmouth
11956 Bernardo Placid Dr.,
#216
San Diego, CA 92128

Nathan Newman, MD
504 N. Elm Dr.
Beverly Hills, CA 90210

Nigel Dix
19744 Beach Blvd., #455
Huntington Beach, CA 92648

Paychex, Inc.
911 Panorama Trl. S.
Rochester, NY 14625

Propay, Inc.
2675 W. 600 N.
Lindon, UT 84042

Rhonda Migliaccico
6451 El Camino Real, Suite C
Carlsbad, CA 92009

Rhonda Migliaccio
6451 El Camino Real, Suite C
Carlsbad, CA 92009

Robert Klein Revocable Trust
2910 Holly Rd.
Santa Barbara, CA 93105

RSG Specialty, LLC
1100 Walnut St., Suite 3200
Kansas City, MO 64106

Ryan Jeffcoat

Ryan Jeffcoat
4575 Ohio St., Unit 1
San Diego, CA 92116

Srini Rao MD, PhD
1477 Paseo de la Flores
Encinitas, CA 92024

Stephanie Parrish
450 Crystal Dr.
Montpelier, ID 83254

Stripe, Inc.
Attn.: Patrick Collison, CEO
354 Oyster Point Blvd.
South San Francisco, CA 94080

Susan Adornato
2876 El Cajon Blvd., #5
San Diego, CA 92104

The Hartford
Business Service Center
3600 Wiseman Blvd.
San Antonio, TX 78251

Thomas Brodt
151 Corona Ave.
Long Beach, CA 90803

Thomas Muehlbauer
7365 Almaden Ln.
Carlsbad, CA 92009

Whitney Jaramillo
824 Windridge Circle
San Marcos, CA 92078

Adam Kuchin
524 Avenue D
Billings, MT 59102

Ajitpal Mann
6325 W. Briles Road
Phoenix, AZ 85083

Akbar Mithani
3222 Avenel Ct.
Snellville, GA 30078

Alan Bishop
110 Howland Ln.
Waxahachie, TX 75167

Alyssa Rich
14615 Cherry Hills Dr.
Dallas, TX 75234

Amanda Mora
2302 Ponderosa Dr. SW.
Rochester, MN 55902

Ana Bota
442 Weddington Ct.
Rochester, MN

Andrew Lofts
PO Box 297
Three Rivers, CA 93271

Anita Anderson
2000 Loon Lake Rd.
Denton, TX 76210

Anthony Mora
2302 Ponderosa Dr. SW.
Rochester, NY

Ashkay Ragu
2914 Bulwer Lane
Madison, WI 53711

Barbara Einsohn
4400 Barnsley Dr.
Plano, TX 75093

Barry Turem
7 Chimney Ln. SE.
Cartersville, GA 30120

Benjamin Savill
359 Flyers Ln.
Tustin, CA 92782

Brandon Vasquez
2824 Unicornio St. #E
La Costa, CA

Brian and Jan Evans
1085 Daisy St.
Escondido, CA 92027

Brittany Wilson
1501 India St.
San Diego, CA 92101

Cameron Vasquez
2824 Unicornio Street, #E
La Costa, CA

Carol David's
1260 NW. Naito Pkwy.
Portland, OR 97209

Carol Hamilton
20449 Country Club Dr.
Harper Woods, MI 48225

Catherine Zidell
5931 Lindenshire Ln.
Dallas, TX 75230

Cayla Donahue
N 78W17699 Willow Pond Drive
Menomonee Falls, WI 53051

Celeste Holthaus
370 Rosecrans, #205
San Diego, CA 92106

Chad Donahue
N78W17699 Willow Pond Dr.
Menomonee Falls, WI 53051

Charles Brockus, PhD
21715 Sazarac road
Reno, NV 89521

Charles Lujan
1206 Magnolia Ave.
Dothan, AL

Charles Roland
5819 Beaumont
La Jolla, CA 92037

Cherie Sorensen
2521 Cottage Dr.
Corona, CA 92881

Chris Momose
5 Matthew Dr.
Reading, PA 19608

Christine Burton
16 Lenox Ln.
TN 38410

Christine Hart
4108 Sunflower Ln.
Plano, TX 75024

Christopher Lill
1840 Sion Hill Drive
Havre De Grace, MD 21078

Chuck Laughlin
10120 Betty Wood Ln.
Dallas, TX 75243

Claudia De Anda
10584 Jill St.
Cypress, CA 90630

Cover Revocable Trust
PO Box 1160
La Quinta, CA 92247

CRN Holdings, LLC
8906 Spanish Ridge Ave., #100
Las Vegas, NV 89148

Cynthia Parker
3350 Creek Dr.
Ann Arbor, MI 48108

Daniel Boggess
550 Rose Cir.
Twin Falls, ID 83301

Danielle Bowers
6471 Walnut Way
Brownsburg, IN 46112

Danny Matte
957 Nostalgic Dr.
Hubertus, WI 53033

David Prevost
6589 E. County Rd. 150 S.
Avon, IN 46123

Dawn and Frank Vasquez
1123 Montura Rd.
San Marcos, CA 92078

Deborah DeLeon
8105 Rasor Boulevard #251
Plano, TX 75024

Dennis Prockrus
1709 Francis St.
Carollton, TX

Diane Jordan
1711 via El Prado Suite 201
Redondo Beach, CA 90277

Diane Noll
43209 N. 43rd Dr.
New River, AZ 85087

Douglas Bryce
2857 Cedar Hollow Rd.
Georgetown, TX 78628

Dragomir Vasovic
400 W. 58th St. 3F
New York, NY 10019

Edward MacLennan
128 Fair Brook Dr.
Bolingbrook, IL 60440

Elaine Paugh
915 S. Huber Street
Indianapolis, IN 46239

Elizabeth Olson Trust
531 Chapala St., #E
Santa Barbara, CA 93101

Elle Ingals
220 Eucalyptus Hill Dr.
Santa Barbara, CA 93108

Eric Cantlay & Mary Baum
252 Brentwood Way
Goleta, CA 93117

Finch Living Trust
1000 N. Green Valley Pkwy.
Henderson, NV 89074

Gary Alexander
16723 Forest Gate Rd.
Dubuque, IA 52001

Gary Sanger
4531 Claycut Rd.
Baton Rouge, LA

George Nwafor
759 Einstein Pl.
Gilroy, CA

Gerald Burke
3823 Fairwood Blvd. NE.
Tacoma, WA 98422

Gina Santonas
211 Cornelia St.
Brooklyn, NY

Gregory Melvin DC
8341 La Mesa Blvd.
La Mesa, CA 91941

Hali Gilian
772 Latina Court
Henderson, NV 89012

Hannah Dearman
1412 Aldrich Dr.
Lancaster, TX 75134

Heidi Hetzel
1336 W. Norwood St.
Chicago, Il

Hunter Holthaus
370 Rosecrans, #205
San Diego, CA 92106

Irene Albertson
117 Bass Lake Rd.
South Mills, NC

J. P. Black
346 Pleasant View Rd.
Cedartown, GA 30125

Jackson Malugen
1206 Magnolia Ave.
Dothan, AL

Jacky Willard
326 Anacapa Dr.
Roseville, CA 95678

Jacob Jaramillo
824 Wind Ridge Cir.
San Marcos, CA 92078

Jacqueline Verwers
2119 St. Croix Avenue
Fort Myers, FL 33905

James Black
346 Pleasant View Rd.
Cedartown, GA 30125

James Gruber
2144 County Rd. H
Kewaskum, WI 53040

James Jarrard
121 Arrowhead Dr.
Carson City, NV 89706

James Migliaccio
6711 Abanto Street
Carlsbad, CA 92009

James Smith
149 Walton Rd.
East Palatka, FL

Jamie Fang
121 S. Hope St.
Los Angeles, CA 90012

Jarmillo Revocable Trust
10970 Westmore Cir.
San Diego, CA 92126

Jean Anton
N3855 Old Hwy. J
Reeseville, WI 53579

Jeanette Shaw
401 Omaha Road
Bristol, VA

Jeffrey Allen
3475 Running Deer Dr.
Castle Rock, CO 80109

Jennifer Feldman
7811 Kebab Chose St.
Carlsbad, CA 92009

Jennifer Peterson
493 Sandy Point Cir.
Ashland, NE 68003

Jeremy Jaramillo
824 Wind Ridge Cir.
San Marcos, CA 92078

Jeremy Maloney
3411 Southlake Village Dr.
Katy, TX 77450

Jerome Lichter
2021 Grand Ave.
San Diego, CA

Jerri Vaughn
5908 Forest River Dr.
Fort Worth, TX

Jesse Witt
805 S. Sequoia Dr.
Horseshoe Bend, AR 72512

Jeta Morris
502 Blanning Dr.
Dallas, TX 75218

Jim Owens
2615 Tinechester
Kingwood, TX 77339

JoAnn Barry
5613 Avenida Del Parque
Rancho Santa Fe, CA 92091

John Dewey
1708 E. Northgate Dr.
Irving, TX

John Dixon
80 Swan St., #218
Lowell, MA

John Paul Allman
4464 via San Marco
Las Vegas, NV 89103

Jonathan Lakey
35 Mayor Ct.
Irvine, CA 92617

Jonathan Vasquez
14 Mountain West Loop
Winston, MT 59647

Joseph Cash
435 Parliament Pl.
Augusta, GA 30907

Joseph Dolan
823 NE. O'Leary Street
Oak Harbor, WA 98277

Joseph Ogiba
309 Hyatt St.
Brookfield, MO 64628

Joyce Duranty
2643 W. Maypole Ave.
Chicago, IL 60612

Judith Havens
1704 Liano Street
Santa Fe, NM 87505

Julie Maitland
502 Phillips Dr.
Las Cruces, NM 88005

June Zahn
W151 and 7530 Wood View Dr.
Menomonee Falls, WI 53051

Karen Fish
212 N. Van Buren St.
Green Bay, WI 54301

Kari Charmack
720 Roberts St.
Altoona, WI 54720

Kay Hicks
814 Woodmont Dr.
Murfreesboro, TN 37129

Kelly Coan
1130 Dixon Ln.
Reno, NV 89511

Kendall Pagone
2225 Vegas Ave.
Castro Valley, CA 94546

Kerri Cooper
3256 NW. Massey Dr.
Bend, OR 97703

Kevin Humphrey
5882 W. Moon Shadow Dr.
Herriman, UT 84096

King Revocable Trust
7373 Almaden Ln.
Carlsbad, CA 92009

Kishan Swami
121 N. Linden Dr.
Ventura, CA

Krishna Cheeti
12508 Jules Dr.
Frisco, TX 75033

Kyle Schlotz
780 S. Sapodilla Ave.
West Palm Beach, FL 33401

Lakey Financial
35 Mayor Ct.
Irvine, CA 92617

Larnell Darouse
1610 Cherie Dr.
Hammond, LA 70401

Laura Starr
853 Sutton Ct.
Lincolnshire, IL 60069

Laurie Bussiere
6400 Windcrest Dr.
Plano, TX 75024

Lawrence Armstrong
3565 State Rd.
Fort Gratiot, MI 48059

LeeAnn Coburn
1904 S. Coffman
Longmont, CO 80504

Leon Olson Revocable Trust
531 Chapala St., apartment E
Santa Barbara, CA 93101

Leonard Oshdi
805 Bent Brook Rd.
Little Elm, TX 75068

Liz Wilson
6965 Stetson Way
Frisco, TX 75034

Lucy Gomez
10584 Jill St.
Cypress, CA 90630

Margaret François
8440 Ruthette Drive
North Richland Hills, TX 76182

Margaret Garcia
1018 Shady Ln., Drive
Rockwall, TX 75087

Marie Harris
9860 W. Tropicana #258
Las Vegas, NV 89147

Marion Marron
907 W. Benwood Street
San Dimas, CA 91773

Marissa Freeman
13625 S. 48th St.
Phoenix, AZ 85044

Marlene Lyon
62078 County Rd. 4628
Athens, TX 75752

Mary Berenz
516 S. Dixie Hwy.
West Palm Beach, FL

Mary Fritz
N 4235 Alpine Village Ln. 3
Cambridge, WI 53523

Mary Kay Millican
14290 West Point St.
Taylor, MI 48180

Matthew Einsohn
910 Cliff Rose Court
Sedona, AZ 86336

Michael Baldacchino
26 Cypress Dr.
Eustis, FL

Michael Unclebach
12373 Latigo Drive
Frisco, TX 75035

Michelle Einsohn
910 Cliff Rose Court
Sedona, AZ 86336

Michelle Williams
3837 Sweat Creek run
Marietta, GA 30062

Michelle Wood
37668 W. San Alvarez Avenue
Maricopa, AZ

Mitchell Haney
9238 Camp Oliver Rd.
Adger, AL 35006

Nichola Schaumburg
N51W 17332 Maple Crest Ln.
Menomonee Falls, WI 53051

Nixi Cat
650 Euclid Ave.
Elmira, NY 14901

Pamela Jackson
6508 Coast Cir.
Naples, FL 34113

Pathil, LLC
1581 Burning Bush Ln.
Hoffman Estates, IL 60192

Paugh Revocable Trust
360 N. Bazil Ave.
Indianapolis, IN 46219

Penny Chapman
18003 Creek Vista Court
Dallas, TX 75252

Peter Rogers
5083 Windsor Dr.
Carlsbad, CA 92109

Peter Shimkin
5954 Roseto Place
Sarasota, FL 34238

Petrina Gonder
3510 Helen Ave.
Lincoln Park, MI 48146

Pheyda Schworm
15360 Elizabeth Dr.
Beaumont, TX 77705

Rayme Sciaronia
4877 34th St.
San Diego, CA 92116

Rebecca Abdelhak
8552 Chapel Pines Dr.
Indianapolis, IN 46234

Rhonda Wilson
23678 Circle Drive
Menifee, CA

Rik Lah
5797 Elston Ave.
Chicago, IL 60646

Robert Jaskot
12587 Fair Lakes Cir., #186
Fairfax, VA 22033

Robert look
5050 Laguna Blvd.
Elk Grove, CA 95758

Robert Taylor
56 S. Highwood Ave.
Glen Rock, NJ

Rod Kerzner
421 Morehead Rd.
Marion, NC 28752

Roderick Herron
20236 Executive Dr.
Tanner, AL 35671

Rosemary Vasquez
566 Nantucket Ct.
Encinitas, CA 92024

Russell Edwards
1008 Porter St.
Columbia, MS 39429

Ryan Willard
326 Anacapa Dr.
Roseville, CA 95678

Samantha Diaz
216 Misty Garden St.
Las Vegas, NV 89101

Sara Palanisamy
1428 Los Vecinos
Walnut Creek, CA 94598

SaraeMatthews
2335 Manor Grove Dr.
Chesterfield, MO

Scott Patterson
5 Greenwood Pl.
Menlo Park, CA 94025

Sheri White
N 106W15704 Creek Terrace
Germantown, WI 53022

Shrikant Singh
8 Sarracenia
Rancho Santa Margarita, CA 92688

Shulman Family Trust
8515 Costa Verde Blvd., #1
San Diego, CA 92122

Shyaam Srinivasan
42223 Fallen Timber Ln.
Ashburn, VA 20148

StartEngine LLC
4100 W. Alameda Ave.
Burbank, CA 91505

Stephanie Woods
4321 Cas St.
San Diego, CA 92109

Stephen Durante
21265 W. Redwood Dr.
Plainfield, IL 60544

Steven Horton
8606 Old Maple Ln.
Humble, TX 77338

Steven Nelson
125 Coach House Dr.
Madison, WI

Susan Pouw
12007 Cobblestone Dr.
Houston, TX 77024

Susan Sebestyen
17517 Placidity
Clermont, FL 34714

Tatiana Holthaus
370 Rosecrans, #205
San Diego, CA 92106

Teresa Akuna
22310 Avis Ct.
Torrance, CA

Teresa Hardesty
125 via Colusa
Redondo Beach, CA 90277

Thomas Finch
3069 Old Hillsborough Rd.
Mebane, NC 27302

Thomas Martin
1140 W. Skyview Dr.
Prescott, AZ

Thomas Mulholland
108 Heather Cir.
Newburgh, NY 12550

Toni St Jacques
11867 Goldfinch Ct.
Penn Valley, CA 95946

Tony Bonatati
15 Lighthouse Way, Drive
Salem, SC 29676

Toosavili Ulutu
2031 Thomas Ave.
San Diego, CA 92109

Tyler Parrham
1316 S. Deerberry Tr.
Sioux Falls, SD 57106

Umberto Ramirez
4534 Dawes St.
San Diego, CA 92109

Upton Revocable Trust
2272 Las Canoas Road
Santa Barbara, CA

Valerie Holst
401 Maona Loop
Honolulu, HI 96821

Van Nguyen
10210 E. Cottonwood Ct.
Cornville, AZ 86325

Vanessa Grant
550 White Sage Rd.
Morton, PA 19070-8000

Vera Ferrero
4131 Wycliff
Dallas, TX 75219

Vernon McGee
16400 Elk Rd.
Chanute, KS 66720

Victor K Knutson, MD
462 S. Humboldt St.
Battle Mountain, NV 89820

Wendy Rizzo
1612 N. Larch Dr.
Mount Prospect, IL 60056

Wendy white
5924 Charlestown Dr.
Dallas, TX 75230

William Finch
1700 W. CR 200 S
Danville, IN 46122

William Jago & JoAnn Tall
43 Laike
Kailua, HI 96734

William Muehlbauer
15130 Maryland Dr.
Elm Grove, WI 53122

William Reynolds
6025 Paper Shell Way
Fort Worth, TX 76179

Yuki Jaffeux
5218 Stone Ct.
San Diego, CA 92115

Zachary Farris
1512 Golf Club Drive
Argyle, TX 76226